UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) )  3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Melina Guerra, et al v. Bayer HealthCare Pharmaceuticals Inc., et al.*          No. 10-cv-13229-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 22, 2012 (Doc. 8) and January 24, 2014 (Doc. 10), the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
         **Deputy Clerk**

**Dated:**  January 28, 2014

Digitally signed by
David R. Herndon
Date: 2014.01.28
16:05:23 -06'00'

APPROVED:
           CHIEF JUDGE
           U. S. DISTRICT COURT